People v McDermott (2022 NY Slip Op 04273)

People v Mcdermott

2022 NY Slip Op 04273

Decided on July 1, 2022

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 1, 2022

PRESENT: PERADOTTO, J.P., LINDLEY, CURRAN, AND BANNISTER, JJ. (Filed July 1, 2022.) 

MOTION NO. (1078/21) KA 20-00591.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
MARK MCDERMOTT, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.